ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH KOTARSKY, | No. C06-3287 EMC |
| Plaintiff, | JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [P~~ROPOSED ALTERNATIVE~~] ORDER TO CONTINUE |
| vs. | |
| GENERAL ELECTRIC COMPANY, and DOES 1-300, | |
| Defendants. | |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Scheduling Order* filed May 18, 2006 (Document 2), for the following good cause:

On July 6, 2006, Defendant GENERAL ELECTRIC COMPANY filed a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.

On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("JPML") entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be

1 transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial
2 proceedings.
3   The JPML has held that a district court has the authority to stay pending a transfer order.
4 *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)
5 ("[T]hose courts concluding that such issues should be addressed by the transferee judge need
6 not rule on them, and the process of 1407 transfer in MDL-875 can continue without any
7 unnecessary interruption or delay.")
8   The parties agree that it is likely that the JPML will transfer this matter to the Eastern
9 District of Pennsylvania.
10   However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*
11 pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be
12 transferred, pursuant to JPML Rule 13(b).
13   It is likely the dates set forth in the *Case Management Scheduling Order* filed May 18,
14 2006 (Document 2), including the deadlines imposed by Federal Rules of Civil Procedure 26,
15 will come to pass before the Clerk of the JPML acts.
16   The parties make this Motion on the grounds that a stay of this action would (a) promote
17 judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the
18 parties.
19   Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
20 and respectfully request the Court VACATE its *Case Management Scheduling Order* filed May
21 18, 2006 (Document 2) and that the Court issue an Order STAYING this action pending the
22 outcome of the MDL Panel's decision on the merits of the transfer.
23   In the alternative, the parties hereby STIPULATE to and respectfully request that the
24 dates set forth in the *Case Management Scheduling Order* filed May 18, 2006 (Document 2),
25 vacated and continued pending the outcome of the JPML's decision on the merits of the transfer.
26 Specifically, these deadlines in this matter include the **July 26, 2006** Rule 26 deadline to meet
27 and confer, and file Joint ADR Certification, the **July 26, 2006** Deadline to complete Initial
28 Disclosures, the **August 9 2006** deadline to file the Joint Case Management Statement and the

K:\Injured\105671\fed\Stip stay or cont.wpd     2
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES – No.C06-3287 EMC

1  Case Management Conference currently set for **August 16, 2006.**

2  Dated: June 29, 2006                           BRAYTON✥PURCELL LLP

3                                                 /s/ David R. Donadio

4                                          By: _____
                                                 David R. Donadio
5                                                Attorneys for Plaintiff

6

7  Dated: July 6, 2006                            SEDGWICK, DETERT, MORAN &
                                                  ARNOLD, LLP
8
                                                  /s/ Damon McClain
9                                          By: _____
                                                  Damon McClain
10                                                Attorneys for Defendant
                                                  GENERAL ELECTRIC COMPANY
11

12              [PROPOSED]      **ORDER TO STAY**

13              IT IS HEREBY ORDERED that the hearing date and deadlines specified in the

14  *Case Management Scheduling Order* filed May 18, 2006 (Document 2), are hereby VACATED

15  and that this action is STAYED pending the outcome of the JPML's decision on the merits of the

16  transfer.

17  Dated: _____

18

19                                                _____
20                                                Edward M. Chen
                                                  United States Magistrate Court Judge
21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

K:\Injured\105671\fed\Stip stay or cont.wpd      3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES – No.C06-3287 EMC

1  [PROPOSED *ALTERNATIVE*]  **ORDER TO CONTINUE**

2  IT IS HEREBY ORDERED that the hearing date and deadlines specified in the
*Case Management Scheduling Order* filed May 18, 2006 (Document 2), are hereby VACATED.

4  IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

6  1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date on or after November 15, 2006 to wit:] ___Nov. 22___, 2006;

9  2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is [set for a date after November 15, 2006 to wit:] ___Nov. 22___, 2006;

12 3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date after November 15, 2006 to wit:] _____Dec. 6_____, 2006; and

15 4. The Case Management Conference is [set for a date after November 15, 2006 to wit: ] _____Dec. 13,_____ 2006 at 1:30 p.m., Courtroom "C", 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

18 Dated: ____July 7, 2006_____

IT IS SO ORDERED AS MODIFIED

Edward M. Chen
United States Magistrate Judge
Judge Edward M. Chen

K:\Injured\105671\fed\Stip stay or cont.wpd          4
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES – No.C06-3287 EMC