FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 3 0 2006

SEP 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY
OCT - 3 2006
ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875

C 06-3287

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-268)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,426 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A TRUE COPY CERTIFIED TO FROM THE RECORDS
DATED: 10-11-06
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-268 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #         CASE CAPTION

ALABAMA NORTHERN
  ALN  2  06-1016         Julia Alford, et al. v. A.O. Smith Electrical Products Co., et al.

CALIFORNIA NORTHERN
  CAN  3  06-3287         Joseph Kotarsky v. General Electric Co.
  CAN  3  06-3288         Carol Ann Winnett, et al. v. General Electric Co.
  CAN  3  06-3724         Kerry O'Brien, et al. v. General Electric Co., et al.

INDIANA SOUTHERN
  INS  1  06-831          Kathleen Duchene v. C.E. Thurston & Sons, Inc., et al.

KENTUCKY WESTERN
  KYW  1  06-97           Kenneth W. Bunch, Jr., etc. v. Cytec Fiberite, Inc.

LOUISIANA EASTERN
  ~~LAE  2  06-3738~~       ~~Byron Granier, et al. v. Northrop Grumman Ship Systems, Inc., et al.~~
                                   **Opposed 9/29/06**

MARYLAND
  MD  1  06-1950          Joseph A. Reed, et al. v. Owens-Corning Fiberglas Corp., et al.

MAINE
  ME  1  06-85            Theodore B. Cote, et al. v. Metropolitan Life Insurance Co., et al.

MINNESOTA
  MN  0  06-2049          Douglas H. McKillop, etc. v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI NORTHERN
  MSN  1  06-211          Willie B. Johnson v. John Crane, Inc., et al.

MISSISSIPPI SOUTHERN
  ~~MSS  1  06-660~~         ~~Archie Lord v. Phillips 66 Co., et al.~~ **Opposed 10/3/06**
  ~~MSS  1  06-661~~         ~~Joseph Newsome v. Phillips 66 Co., et al.~~ **Opposed 10/3/06**
  ~~MSS  1  06-662~~         ~~Cleophus Smith v. Phillips 66 Co., et al.~~ **Opposed 10/3/06**
  MSS  1  06-668          Larry Sparkman v. Sears, Roebuck & Co., et al.
  MSS  1  06-686          Herbert Lee Heyward v. Exxon Mobil Corp., et al.
  MSS  1  06-687          Oliver Walker, et al. v. Chicago Bridge & Iron Co., et al.
  MSS  1  06-690          Larry Gene Rhear, et al. v. Shell Oil Co., et al.
  MSS  1  06-701          Sammy Joe Bozeman v. Parker-Hannifin Corp., et al.
  MSS  1  06-708          Clyde Brumfield, Jr. v. Plastics Engineering Co., et al.
  MSS  1  06-709          Elwin Jackson Springs v. Ametek, Inc., et al.
  MSS  1  06-717          Robert J. Cupstid, Jr. v. Shell Oil Co., et al.

NORTH CAROLINA EASTERN
  NCE  2  06-15           Cecil Clarence Craft, Jr., et al. v. A.W. Chesterton Co., et al.
  NCE  2  06-18           John Michael Nardi, et al. v. Aqua-Chem, Inc., et al.
  NCE  4  06-119          Helene A. Johnson, etc. v. Anchor Packing Co., et al.
  NCE  4  06-127          Gary W. Randolph, et al. v. Anchor Packing Co., et al.

SCHEDULE CTO-268 - TAG-ALONG ACTIONS - MDL-875                                    Page 2 of 3

DIST. DIV. C.A. #              CASE CAPTION

NORTH CAROLINA EASTERN
  NCE  4  06-145              Patricia Wallace-Tilson, etc. v. Anchor Packing Co., et al.
  NCE  4  06-148              Robert Vaughn Scruggs, et al. v. Anchor Packing Co., et al.
  NCE  5  06-210              Alice F. Thompson, etc. v. Anchor Packing Co., et al.
  NCE  5  06-228              Elmer Lee Morgan, et al. v. Anchor Packing Co., et al.
  NCE  5  06-242              Marilyn R. Gillette, etc. v. 3M Co., et al.
  NCE  5  06-249              Charles Strahl, et al. v. Anchor Packing Co., et al.

NORTH CAROLINA MIDDLE
  NCM  1  06-617              Paula Messer, etc. v. 3M Co., et al.
  NCM  1  06-660              George Dewey Mumford, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-667              Johnny Harold King, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-668              Ronald Lee Tolbert, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-670              William Thomas Ingram, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-671              Dale Ellis Weaver, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-672              Donnie Ray Edwards v. Aqua-Chem, Inc., et al.
  NCM  1  06-676              Carl Allison Hair, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-677              David Eric Talbert, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-678              Coy Ray Wiles, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  06-208              Joseph Coleman Christopher v. Aqua-Chem, Inc., et al.
  NCW  1  06-209              Ernest Eugene Lawing v. Aqua-Chem, Inc., et al.
  NCW  1  06-210              Malcolm Bruce Crittenden, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-212              Calvin Eugene McKee v. Aqua-Chem, Inc., et al.
  NCW  1  06-213              Leonard Kelly Carter v. Aqua-Chem, Inc., et al.
  NCW  1  06-216              James E. Gilstrap, et al. v. 3M Co., et al.
  NCW  1  06-230              Jerry Odell Hudgins, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-231              Jerry Lee Jackson, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-232              William David Stowe, Sr., et al. v. Aqua-Chem, Inc., et al.

NEW MEXICO
  NM   1  06-642              William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co.

NEW YORK EASTERN
  NYE  1  06-3279             Leroy H. Webb, Jr. v. A.W. Chesterton Co., et al.
  NYE  1  06-3280             Barbara J. Bartley v. A.W. Chesterton Co., et al.
  NYE  1  06-3404             Clady J. Everhart v. A.W. Chesterton Co., et al.
  NYE  1  06-3577             George Smith, Jr. etc. v. A.W. Chesterton Co., et al.
  NYE  1  06-3578             George Collins v. A.W. Chesterton Co., et al.

OHIO NORTHERN
  OHN  1  06-10001            Eugenio Panerio v. A-C Product Liability Trust, et al.
  OHN  1  06-10002            Charles E. Seeley v. A-C Product Liability Trust, et al.

TENNESSEE EASTERN
  TNE  3  06-286              Caroline Welch, etc. v. Alcoa, Inc.

TEXAS WESTERN
  TXW  6  06-209              Judith Ann Lawson, etc. v. Texas Lehigh Cement Co., et al.

SCHEDULE CTO-268 - TAG-ALONG ACTIONS - MDL-875                               Page 3 of 3

<u>DIST. DIV. C.A. #</u>              <u>CASE CAPTION</u>

VIRGINIA EASTERN
  VAE 2 06-8983              Norman E. Craft v. American Standard, Inc., et al.
  VAE 2 06-8984              Harry D. Powers v. American Standard, Inc., et al.
  VAE 2 06-8985              E.L. Wilson v. American Standard, Inc., et al.

WEST VIRGINIA NORTHERN
  ~~WVN 1 06-95~~              ~~Robert H. Choff, et al. v. Crown Beverage Packaging, Inc., et al.~~
                                          **Opposed 9/28/06**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

October 11, 2006

**RECEIVED**

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

OCT 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MDL-875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
**SEE ATTACHED LIST**

Dear Clerk:

The enclosed Conditional Transfer Order (CTO-268) is being sent to you regarding the involved actions. They have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Sharon Carter
MDL Coordinator

enclosure